

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00391-CV

ALVIN WESTLEY, Appellant

v.

J. SPENCER NILSSON AND NILSSON
LEGAL GROUP, PLLC

§   On Appeal from the 352nd District Court

§   of Tarrant County (352-304203-18)

§   July 22, 2021

§   Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack